# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial) <br><br> Anderson, John F. | **2. Court or Organization** <br><br> Virginia - District Court | **3. Date of Report** <br><br> 04/28/2020 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) <br><br> Full time magistrate judge | **5a. Report Type** (check appropriate type) <br><br> ☐ Nomination    Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> **5b.** ☐ Amended Report | **6. Reporting Period** <br><br> 01/01/2019 <br> **to** <br> 12/31/2019 |

**7. Chambers or Office Address**

401 Courthouse Square
Alexandria, Virginia 22314

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Smithsonian Institution, retirement |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Anderson, John F.** | 04/28/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Anderson, John F.** | 04/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Checking accounts | A | Interest | O | T | | | | | |
| 2. T. Rowe Price Prime Reserve Fund | A | Dividend | K | T | | | | | |
| 3. Dreyfus Liquid Assets | A | Dividend | L | T | | | | | |
| 4. Pentagon Federal Credit Union account | A | Interest | J | T | | | | | |
| 5. Bank of America Corporation Common Stock | C | Dividend | M | T | | | | | |
| 6. Dominion Resources, Inc., Common Stock | D | Dividend | M | T | | | | | |
| 7. First Citizens Bancshares, Inc., Common Stock | A | Dividend | L | T | | | | | |
| 8. Northwestern Mutual, personal annuity, Retirement-MN Series | D | Dividend | N | T | | | | | |
| 9. (H) Brokerage Account #1 WF | | | | | | | | | |
| 10. --AMCAP Fund Inc., class A | B | Dividend | N | T | | | | | |
| 11. --AMER Mutual Fund, Inc., class A | D | Dividend | N | T | | | | | |
| 12. --American Fund Europacific Growth Fund, class A | B | Dividend | M | T | | | | | |
| 13. --American Fund Growth Fund America, class A | B | Dividend | N | T | | | | | |
| 14. --Washington Mutual Investment Fund, class A | C | Dividend | M | T | | | | | |
| 15. --American Funds Tax Exempt VA, class A | D | Dividend | N | T | | | | | |
| 16. (H) Brokerage Account #2 MLl | | | | | | | | | |
| 17. --Virginia CLG BLDG VA EDL Bond (2007 acq) | C | Interest | | | Redeemed | 09/03/19 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Anderson, John F.** | 04/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   --Virginia CMWLTH TRNSN BRD Bond (2003 acq) | A | Interest | L | T | | | | | |
| 19.   --Virginia ST RES AUTH (2014 acq) | C | Interest | L | T | | | | | |
| 20.   --Loudoun Cnty VA (2014 acq) | A | Interest | K | T | | | | | |
| 21.   --Virginia College BLDG (2014 acq) | B | Interest | L | T | | | | | |
| 22.   --Virginia ST RES AUTH (2015 acq) | B | Interest | L | T | | | | | |
| 23.   --Virginia ST PUB BLDG | A | Interest | K | T | | | | | |
| 24.   --Charlottesville VA PUB | A | Interest | K | T | | | | | |
| 25.   --Virginia CBA VA ED FCS | A | Interest | K | T | | | | | |
| 26.   --Smyth Cnty Va Gl Ref BDS | B | Interest | K | T | | | | | |
| 27.   --Virginia St Pub Sch Auth | B | Interest | K | T | | | | | |
| 28.   --VirginiaCMWLTH TRANSN (2018 acq) | A | Interest | K | T | | | | | |
| 29.   --Loudoun Co Va INDL DV AT (2018 acq) | A | Interest | L | T | | | | | |
| 30.   --American Inc Fund of America, class A | E | Dividend | N | T | Buy (add'l) | 08/20/19 | M | | |
| 31.   --Fidelity Advisor New Insights Fund, class A | A | Dividend | N | T | | | | | |
| 32.   --Fidelity Advisor Large Cap | A | Dividend | K | T | | | | | |
| 33.   --Columbia AMT Free Interm Muni Bond Fund, class A | D | Dividend | N | T | | | | | |
| 34.   --CMA Cash/Tax Exempt Fund | A | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, John F. | 04/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --American Washington Mutual Investors Fund Inc A | E | Dividend | O | T | | | | | |
| 36. --Virginia COMWLTH TRNSN BRD Bond (2011 acq) | B | Dividend | L | T | | | | | |
| 37. --American New Perspective Fund, class A | B | Dividend | M | T | | | | | |
| 38. --American Tax Exempt BD | B | Dividend | L | | Buy | 08/28/19 | L | | |
| 39. --American Euro Pacific Growth CL A | B | Dividend | | | Sold | 08/20/19 | M | A | |
| 40. --Alexandria VA Go Cap (2019 acq) | A | Dividend | K | T | Buy | 05/20/19 | K | | |
| 41. --Virginia St Res Auth WTR SWR (2019 acq) | A | Dividend | J | | Buy | 05/20/19 | J | | |
| 42. --New Riv VY RGL Jail AT (2019 acq) | A | Dividend | K | T | Buy | 05/28/19 | K | | |
| 43. --CD Berkshire BK Boston | A | Int./Div. | L | T | Buy | 07/02/19 | L | | |
| 44. --CD Bank of East Asia/NY | A | Int./Div. | M | T | Buy | 07/02/19 | M | | |
| 45. (H) Brokerage Account #3 PR | | | | | | | | | |
| 46. --AST Money Market | A | Dividend | K | T | | | | | |
| 47. --AST Small Cap Value | A | Dividend | K | T | | | | | |
| 48. --AST MFS Growth | A | Dividend | K | T | | | | | |
| 49. --AST Small Cap Growth | A | Dividend | K | T | | | | | |
| 50. --AST Western Asset Core Plus | A | Dividend | K | T | | | | | |
| 51. --AST Goldman Sachs Large-Cap Value | A | Dividend | | | Merged (with line 52) | 04/26/19 | L | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, John F. | 04/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   --AST T. Rowe Price Large Cap | A | Dividend | L | T | Open | 04/26/19 | L | | |
| 53.   (H) Brokerage Account # 4 MLs | | | | | | | | | |
| 54.   --American Fund, Growth Fund of America | B | Dividend | M | T | | | | | |
| 55.   -- American Fund, Washington Mutual Investors Fund | C | Dividend | M | T | | | | | |
| 56.   -- American Fund, Income Fund of America | D | Dividend | M | T | | | | | |
| 57.   -- American Fund, Intermediate Bond Fund of America | B | Dividend | | | Sold | 05/20/19 | L | A | |
| 58.   --JP Morgan Chase GLB | A | Dividend | K | T | Buy | 05/20/19 | K | | |
| 59.   --CD Pacific Western Bank | A | Int./Div. | K | T | Buy | 06/17/19 | K | | |
| 60.   (H) Brokerage Account # 5 | | | | | | | | | |
| 61.   --AT&T Inc. Common | A | Dividend | J | T | | | | | |
| 62.   -- Caterpillar Inc. Common | B | Dividend | L | T | | | | | |
| 63.   -- Comcast Corp Common Class A | A | Dividend | J | T | | | | | |
| 64.   -- Gap Inc., Common | A | Dividend | J | T | | | | | |
| 65.   -- Intel Corp, Common | A | Dividend | J | T | | | | | |
| 66.   -- Microsoft Corp, Common | A | Dividend | K | T | | | | | |
| 67.   -- Spdr Tr Unit Series 1 | B | Dividend | L | T | | | | | |
| 68.   Wells Fargo MMDA | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Anderson, John F. | 04/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Vanguard 500 Index Fund | A | Dividend | J | T | | | | | |
| 70. BB&T Account | A | Interest | K | T | | | | | |
| 71. (H) IRA Account | | | | | | | | | |
| 72. -- Wells Fargo Stable Investment Fund | B | Dividend | M | T | | | | | |
| 73. --Fidelity Contrafund | E | Dividend | N | T | | | | | |
| 74. --Hartford MidCap Y | D | Dividend | M | T | | | | | |
| 75. --Vanguard Wellington/Admir | D | Dividend | N | T | | | | | |
| 76. --Dodge & Cox Intl Stock | D | Dividend | M | T | | | | | |
| 77. Wells Fargo - Time Deposit Accounts | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Anderson, John F.** | 04/28/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| **Anderson, John F.** | 04/28/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ John F. Anderson**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544